UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JACKSON LANDRETH CREEL, JR., ET AL.

VERSUS

JASON GERALD ARD, ET AL.

CIVIL ACTION

NO. 14-551-SDD-SCR

### RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 2, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] shall be GRANTED, in part, insofar as they sought to have this case remanded to the state court. Plaintiffs' motion shall be DENIED insofar as the Plaintiffs sought an award of costs and attorney's fees under § 1447(c).

Baton Rouge, Louisiana the 3 day of March, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 9.
[3] Rec. Doc. 3.